

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-49,610-13

### IN RE GAYLAND DECLOYCE WILLIAMS, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 241-1607-14 IN THE 241ST DISTRICT COURT
### FROM SMITH COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. He contends that the district clerk refused to file his motion to "correct clerical error."

In these circumstances, additional facts are needed. Respondent, the Smith County District Clerk, is ordered to state whether Relator attempted to file a motion to "correct clerical error" and Respondent filed his motion. This motion for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Her response shall be submitted within 30 days of the date of this order.

Filed: February 13, 2019
Do not publish